UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| DON D MULL, | ) | |
| | ) | CASE NO. C05-0142JAJ |
| Plaintiff. | ) | |
| | ) | |
| vs. | ) | *JUDGMENT* |
| | ) | |
| JO ANNE B BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

The determination of the ALJ is reversed and this matter is remanded to the Commissioner for further proceedings in accordance with the opinion of Magistrate Judge John A Jarvey filed on June 8, 2006..

DATED: June 9, 2006

Pridgen J Watkins - Clerk

BY: s/KFS
Deputy Clerk